TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00559-CV

Greg Woodward, Appellant

v.

Christine M. Dolatta, Appellee

FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT

NO. 12,502, HONORABLE JOE CARROLL, JUDGE PRESIDING 

PER CURIAM

 Appellant Greg Woodward appeals from the trial court's declaratory judgment. 
Because appellant has neither made arrangements for payment of the clerk's record, nor has he
made arrangements for payment of the reporter's record, we will dismiss the appeal for want of
prosecution. See Tex. R. App. P. 35.3(a)(2), 35.3(b)(2), 35.3(b)(3).

 On August 11, 1998, notice was received from the court reporter that the reporter's
record had neither been requested nor had arrangements been made for payment.

 The clerk of this Court filed Appellant's Notice of Appeal on October 20, 1998. 
On November 16, 1998, the Clerk of this Court filed Appellee's motion to dismiss appeal. By
letter dated November 17, 1998, the Clerk of the Court notified the district clerk's office of
Lampasas County that the clerk's record was overdue. Notice was received from the district
clerk's office on November 23, 1998, that the clerk's record had not been paid for, nor had
arrangements been made.

 By letter dated December 15, appellant's attorney was requested to submit a status
report regarding this matter. Thus far, appellant has failed to respond to this request.

 Accordingly, we grant appellee's motion and the appeal is dismissed for want of
prosecution. See id. 35.1.

Before Justices Jones, B. A. Smith and Yeakel

Dismissed for Want of Prosecution on Appellee's Motion

Filed: February 4, 1999

Do Not Publish